ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
ALINA PAVLOVA (SBN 315333)
alina.pavlova@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1300
Oakland, CA 94612
Telephone:    415 882 5000
Facsimile:    415 882 0300

Attorneys for New York Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Robert Reid,<br><br>    Plaintiff,<br><br>  v.<br><br>New York Life Insurance Company,<br><br>    Defendant. | Case No. 4:21-cv-08303-HSG<br><br>**STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES (as modified)**<br><br>Hearing: None per Civ. L.R. 6-2(b)<br>Dept.:  Courtroom 2, 4th Floor<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>Date Action Filed: October 25, 2021<br>Trial Date:  Not Set |

  Pursuant to Northern District of California Local Rule 6-1(b), 6-2(a), 16-2(e), and 7-12, Plaintiff Robert Reid ("Plaintiff") and Defendant New York Life Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

  WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court for the Northern District of California on October 25, 2021, and served Defendant with the summons and complaint on October 27, 2021 (ECF Nos. 1, 5);

  WHEREAS, this case was assigned to Judge Charles R. Breyer following Plaintiff's declination to magistrate judge jurisdiction (ECF Nos. 6-8);

1    WHEREAS, Defendant answered the complaint on December 17, 2021 (ECF No. 12);

2    WHEREAS, on October 28, 2021, Judge Breyer's clerk entered a Notice, setting an initial case management conference for February 11, 2022 (ECF No. 9);

4    WHEREAS, on January 20, 2022, the Parties stipulated to continue the initial case management conference and all related deadlines to informally exchange documents and information and discuss early resolution (ECF No. 13);

7    WHEREAS, on January 21, 2022, Judge Breyer entered an Order granting the Parties' stipulation to continue the initial case management conference, setting the new date to June 17, 2022 (ECF No. 14);

10    WHEREAS, the Parties chose a mutually acceptable mediator and scheduled a mediation to take place on the earliest available date for all Parties and the mediator, **July 26, 2022**;

12    WHEREAS, the Parties mutually agreed to continue the June 17, 2022 case management conference until after the mediation and filed a stipulation and proposed order with Judge Breyer's Court on May 25, 2022 (ECF No. 15);

15    WHEREAS, on June 3, 2022 Judge Breyer *sua sponte* recused himself, causing all pending deadlines to vacate (ECF No. 16);

17    WHEREAS, Judge Breyer did not enter an Orde approving or denying the Parties' stipulation to continue the case management conference until after mediation prior to his self-recusal;

20    WHEREAS, this case was reassigned to this Court on June 3, 2022 (ECF No. 17);

21    WHEREAS, this Court's clerk entered a Notice, setting the case management conference for June 21, 2022 and setting the deadline for filing the joint case management conference statement for June 14, 2022 (ECF No. 18);

24    WHEREAS, the Parties continue to mutually agree to continue the initial case management conference to take place 35 days after the mediation date – with all related deadlines to be calculated pursuant to FRCP Rule 26 – to allow the Parties the opportunity to resolve this case;

DENTONS US LLP
1999 HARRISON STREET,
SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

WHEREAS the Parties have previously requested two extensions to continue the initial case management conference and all related deadlines before Judge Breyer, but an Order was entered on only one of these requests (ECF Nos. 13, 14, 15);

WHEREAS good cause exists to grant the extension to allow the Parties to mediate this case in an effort to resolve this matter short of full-blown litigation, thereby conserving judicial resources and litigant resources;

NOW THEREFORE, the Parties, through their respective counsel of record, jointly stipulate in good faith, subject to this Court's approval, to continue the deadline for the initial case management conference to take place at least 35 days after the July 26, 2022 mediation, with all related deadlines to be calculated pursuant to FRCP Rule 26.  The Parties in good faith believe that early resolution is worth exploring through mediation, and postponing the initial case management conference until after the mediation would help facilitate that process so that the Parties may focus on mediating before actively litigating.  Each date listed below is proposed and agreed to by both Plaintiff and Defendant.

| Current Case Deadline | | Proposed New Case Deadline | |
|---|---|---|---|
| Joint Statement (Rule 26) | 6/14/2022 | Joint Statement (Rule 26) | Based on new CMC date. |
| Initial Disclosures (Rule 26) | 6/14/2022 | Initial Disclosures (Rule 26) | Based on new CMC date. |
| Initial Case Management Conference (Rule 16) | 6/21/2022 | Initial Case Management Conference (Rule 16) | 8/30/2022, or thereafter as convenient to the Court. |

**IT IS SO STIPULATED.**

Case No. 4:21-cv-08303-HSG                           3
STIPULATION AND ORDER CONTINUING INITIAL CASE MGMT. CONF., DEADLINES

|   | Respectfully submitted, |
|---|---|
| Dated: June 6, 2022 | DENTONS US LLP |
|   | By: */s/ Andrew Azarmi* |
|   |      Andrew Azarmi |
|   | Attorneys for Defendant |
|   | NEW YORK LIFE INSURANCE COMPANY |
| Dated: June 6, 2022 | BOLT KEENLEY KIM, LLP |
|   | By: */s/ James P. Keenley* |
|   |      James P. Keenley |
|   | Attorneys for Plaintiff |
|   | ROBERT REID |

Case No. 4:21-cv-08303-HSG                       4
STIPULATION AND ORDER CONTINUING INITIAL CASE MGMT. CONF., DEADLINES

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Andrew S. Azarmi, am the Case Management/Electronic Case Files ("CM/ECF") user whose username and password are being used to file this document.  In accordance with Civil Local Rule 5-1, I attest under the penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: June 6, 2022                                                                DENTONS US LLP

_____
Andrew S. Azarmi
Attorneys for Defendant
New York Life Insurance Company

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.  The initial case management conference is set for August 30, 2022 at 2:00 p.m. via telephone.  All counsel shall use the following dial-in information to access the call:**

**Dial-In:  888-808-6929/Passcode:  6064255.**

Dated:  6/7/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE