ANDREW S. AZARMI (SBN 241407)
andrew.azarmi@dentons.com
ALINA PAVLOVA (SBN 315333)
alina.pavlova@dentons.com
DENTONS US LLP
1999 Harrison Street
Suite 1300
Oakland, CA 94612
Telephone: 415 882 5000
Facsimile: 415 882 0300

Attorneys for New York Life Insurance Company

DENTONS US LLP
1999 HARRISON STREET
SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Robert Reid,

Plaintiff,

v.

New York Life Insurance Company,

Defendant.

Case No. 4:21-cv-08303-HSG

**STIPULATION AND ORDER TO AMEND BRIEFING SCHEDULE ON NEW YORK LIFE INSURANCE COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS, OR, ALTERNATIVELY, MOTION TO STRIKE**

Hearing: None per Civ. L.R. 6-2(b)
Dept.: Courtroom 2, 4th Floor
Judge: Hon. Haywood S. Gilliam, Jr.

Date Action Filed: October 25, 2021
Trial Date: Not Set

Pursuant to Northern District of California Civil Local Rule 6-1(b), 6-2(a), and 7-12, Plaintiff Robert Reid ("Plaintiff") and Defendant New York Life Insurance Company ("Defendant") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a complaint in the above-entitled action in the United States District Court for the Northern District of California on October 25, 2021, and served Defendant with the summons and complaint on October 27, 2021 (ECF Nos. 1, 5);

WHEREAS, Defendant answered the complaint on December 17, 2021 (ECF No. 12);

DENTONS US LLP
1999 HARRISON STREET,
SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

WHEREAS, this case was reassigned to this Court on June 3, 2022 following Judge Breyer's self-recusal (ECF Nos. 16, 17);

WHEREAS, the Parties participated in mutually agreed-upon mediation on August 23, 2022, but were not able to resolve this case;

WHEREAS, on September 15, 2022 Defendant filed a Motion for Judgment on the Pleadings, or Alternatively, Motion to Strike ("Motion for Judgment on the Pleadings") (ECF No. 23);

WHEREAS, the earliest available date for hearing on Defendant's Motion for Judgment on the Pleadings was January 26, 2023, and is the date currently set for this motion (ECF No. 23);

WHEREAS, Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings is due by September 29, 2022, and Defendant's Reply in support of its Motion for Judgment of the Pleadings is due by October 6, 2022 (ECF No. 23);

WHEREAS, the Parties believe good cause exists to enlarge the standard briefing schedule laid out in Northern District of California Civil Local Rule 7-3 due to the scheduling conflicts of counsel, the additional time before hearing, and the complexity of the issues raised by Defendant's Motion for Judgment on the Pleadings;

WHEREAS, the Parties previously requested two extensions to continue the initial case management conference before Judge Breyer, and all related deadlines, in order to participate in mutually agreed-upon mediation, but an Order was entered on only one of these requests (ECF Nos. 13, 14, 15), and have previously requested two extensions to continue the initial case management conference and all related deadlines before this Court in order to participate in mutually agreed-upon mediation (ECF Nos. 20, 22);

WHEREAS, the Parties have not previously requested any extensions or briefing schedule amendment on Defendant's Motion for Judgment on the Pleadings, or any other motions;

WHEREAS, the requested change in the briefing schedule will not affect the hearing date on the Motion for Judgment on the Pleadings or any other events or deadlines in this case.

**NOW THEREFORE**, the Parties, through their respective counsel of record, jointly stipulate in good faith, subject to this Court's approval that:

1. The deadline for Plaintiff's Response to Defendant's Motion for Judgment on the Pleadings is October 27, 2022;

2. The deadline for Defendant's Reply in support of its Motion for Judgment on the Pleadings is November 18, 2022;

3. The hearing on Defendant's Motion for Judgment on the Pleadings remains set for **January 26, 2023 at 2:00 p.m.**, before this Court.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: September 28, 2022

DENTONS US LLP

By: */s/ Andrew Azarmi*
Andrew Azarmi

Attorneys for Defendant
NEW YORK LIFE INSURANCE COMPANY

Dated: September 28, 2022

BOLT KEENLEY KIM, LLP

By: */s/ James P. Keenley*
James P. Keenley

Attorneys for Plaintiff
ROBERT REID

DENTONS US LLP
1999 HARRISON STREET,
SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

DENTONS US LLP
1999 HARRISON STREET,
SUITE 1300
OAKLAND, CALIFORNIA 94612
415 882 5000

**FILER'S ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

I, Andrew S. Azarmi, am the Case Management/Electronic Case Files ("CM/ECF") user whose username and password are being used to file this document. In accordance with Civil Local Rule 5-1, I attest under the penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories, which shall serve in lieu of their signatures on the document.

Dated: September 28, 2022

DENTONS US LLP

Andrew S. Azarmi
Attorneys for Defendant
New York Life Insurance Company

**ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 9/29/2022

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE