James P. Keenley (State Bar No. 253106)
Brian H. Kim (State Bar No. 215492)
Emily A. Bolt (State Bar No. 253109)
BOLT KEENLEY KIM LLP
2855 Telegraph Ave., Suite 517
Berkeley, California 94710
Phone: (510) 225-0696
Fax: (510) 225-1095

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| ROBERT REID,<br><br>          Plaintiff,<br><br>v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>          Defendant. | Case No.: 4:21-cv-8303-HSG<br><br>**AMENDED STIPULATION TO FILE AMENDED COMPLAINT AND WITHDRAW MOTION; ORDER (as modified)** |

WHEREAS, Defendant filed a motion for judgment on the pleadings or, alternatively, motion to strike, (ECF No. 23) on September 15, 2022;

WHEREAS, upon review of Defendant's motion and documents produced with Defendant's initial disclosures, Plaintiff has determined it would be proper to amend the complaint to withdraw the cause of action for breach of the covenant of good faith and fair dealing ("bad faith") to resolve the issues raised in Defendant's motion and to update the factual allegations in the complaint;

WHEREAS, this would be the first amendment to Plaintiff's complaint and Defendant does not object to Plaintiff filing an amended complaint;

WEREFORE, the parties stipulate as follows:

- Defendant will withdraw its motion for judgment on the pleadings or, alternatively, motion to strike
- Plaintiff will file a first amended complaint that withdraws the bad faith cause of action by November 4, 2022
- Defendant will file a responsive pleading or motion by December 2, 2022

IT IS SO STIPULATED

Dated:  October 25, 2022                              Respectfully submitted,

                                                              BOLT KEENLEY KIM LLP

By:   /s/ James P. Keenley
     James P. Keenley
     Attorneys for Plaintiff

Dated:  October 25, 2022                              Respectfully submitted,

                                                              DENTONS US LLP

By:   /s/ Andrew S. Azarmi
     Andrew S. Azarmi
     Attorneys for Defendant

## ORDER GRANTING STIPULATION

The Court, having considered the submission of the parties and good cause showing hereby GRANTS the parties' stipulation to file an amended complaint and withdraw motion. Defendant's Motion for Judgment on the Pleadings (ECF No. 23) is withdrawn and the January 26, 2023 hearing is vacated. The case management conference concurrently set for January 26, 2023 is advanced to January 24, 2023 at 2:00 PM via telephone. Plaintiff shall file an amended complaint by November 4, 2022. Defendant shall file a responsive pleading or motion by December 2, 2022.

IT IS SO ORDERED

Dated: 10/26/2022

Hon. Haywood S. Gilliam, Jr.
United States District Judge