UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT REID, | Case No. 21-cv-08303-HSG |
| Plaintiff, | **AMENDED SCHEDULING ORDER** |
| v. | |
| NEW YORK LIFE INSURANCE COMPANY, | |
| Defendant. | |

Having considered the parties' proposals, *see* Dkt. No. 40, the Court **RESETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Close of Fact Discovery | September 20, 2023 |
| Exchange of Opening Expert Reports | October 5, 2023 |
| Exchange of Rebuttal Expert Reports | October 19, 2023 |
| Close of Expert Discovery | November 6, 2023 |
| Dispositive Motion and *Daubert* Motion Hearing Deadline | December 21, 2023, at 2:00 p.m. |
| Pretrial Conference | April 9, 2024, at 3:00 p.m. |
| Jury Trial (10 days) | April 22, 2024, at 8:30 a.m. |

//
//
//
//
//

1  These dates may only be altered by order of the Court and only upon a showing of good
2  cause. The parties are directed to review and comply with this Court's standing orders.
3  This order **TERMINATES** Dkt. No. 40, the parties' stipulation to continue deadlines.
4  **IT IS SO ORDERED.**
5  Dated:  5/1/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge