UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT REID, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NEW YORK LIFE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 21-cv-08303-AMO<br><br>**ORDER**<br>Re: Dkt. No. 46 |

Before the Court is Jessie Reid and Louis Yiannikos' Unopposed Administrative Motion to Substitute Proper Party Pursuant to Rule 25(a)(1) and Local Rule 7-11. The administrative motion seeks substitution of Plaintiff following the death of Robert Reid on April 28, 2023. Dkt. 46. In the administrative motion and supporting declarations, Ms. Reid makes clear that she is the real party in interest following the death of her father on April 28, 2023. Dkt. 46 at 1-2 (stating that Ms. Reid is "the daughter and sole issue of Robert Reid and the sole successor in interest to all of Robert Reid's property."). The administrative motion requests, however, that the Court substitute Ms. Reid's uncle, Louis Yiannikos, as Plaintiff instead of substituting Ms. Reid as Plaintiff. *Id.*

Rule 25 of the Federal Rules of Civil Procedure allows for the substitution of parties only upon death, incompetence, or transfer of interest. *See* Fed. R. Civ. P. 25. Rule 25(a) specifically addresses circumstances in which a party dies during litigation, stating, "If a party dies and the claim is not extinguished, the court may order substitution of the proper party." Fed. R. Civ. P. 25(a)(1). Rule 25 is read in conjunction with Rule 17, which governs the capacity of parties to sue or be sued in federal court.

Here, it is evident that substitution is appropriate given the death of Robert Reid. J. Reid Decl. ¶ 2 (Dkt. 46-1 at 1). It is not clear on this record, however, that Mr. Yiannikos is an

appropriate designee for the prosecution of this case under Rule 17. The Court therefore defers ruling on the administrative motion. Mr. Yiannikos, Ms. Reid, or both must submit additional information or legal authority demonstrating that Mr. Yiannikos is a real party in interest or that he otherwise has the capacity to participate as a party in this case. Such additional material must be filed within 10 days from the date of this order and may be submitted in the form of a declaration in support of the administrative motion. A copy of the death certificate of Robert Reid should be attached to the submission, as it was not attached to Ms. Reid's declaration.

**IT IS SO ORDERED.**

Dated: June 6, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge